## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**NELSON HALLAHAN**
**Reg. #11743-026**                                                                                 **PLAINTIFF**

**v.**                                            **No. 2:15-cv-99-DPM**

**C.V. RIVERA, Warden, FCI-Forrest City Low**                         **DEFENDANT**

### ORDER

Hallahan hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed.  № 3.  The Court converted this case to a *Bivens* action.  But Hallahan wants instead to dismiss this case without prejudice and re-file another one.  № 4.  Request granted.  The Court will dismiss without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 November 2015