IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NELSON HALLAHAN
Reg. #11743-026                                                                    PLAINTIFF

v.                              No. 2:15-cv-99-DPM

C.V. RIVERA, Warden, FCI-Forrest City Low                       DEFENDANT

JUDGMENT

Hallahan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 November 2015